| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | LARRY W. MCFARLAND (State Bar No. 129668) |
|   | LMcFarland@kilpatricktownsend.com |
| 3 | CHRISTOPHER T. VARAS (State Bar No. 257080) |
|   | CVaras@kilpatricktownsend.com |
| 4 | 9720 Wilshire Blvd PH |
|   | Beverly Hills, CA  90212-2018 |
| 5 | Telephone:310-248-3830 |
|   | Facsimile: 310-860-0363 |

**FILED**

JAN 28 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Applicant
INSOMNIAC HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE SUBPOENA TO WILSON SONSINI GOODRICH & ROSATI

In Connection With:

Stephen R. Enos

v.

Insomniac Holdings, LLC

Cancellation Proceeding No. 92057182 [Parent]

and

Gary Richards

v.

Insomniac Holdings, LLC

Cancellation Proceeding No. 92061310 [Child]

United States Trademark Trial and Appeals Board

CASE NO. CV 16 80022 MISC MEJ

**APPLICATION FOR ISSUANCE OF SUBPOENA PURSUANT TO 35 U.S.C. § 24**

APPLICATION FOR SUBPOENA — 1 —

KILPATRICK TOWNSEND 68134521 1

Pursuant to 35 U.S.C. § 24 and Section 404.03(a)(2) of the United States Trademark Trial and Appeal Board ("TTAB") Manual of Procedure,[1] Insomniac Holdings, LLC, respondent in the above-identified Cancellation Proceeding currently pending before the TTAB, respectfully applies for issuance of the attached subpoena to Wilson Sonsini Goodrich & Rosati.

DATED: January 28, 2016

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Larry McFarland
LARRY W. McFARLAND
CHRISTOPHER T. VARAS

Attorneys for Insomniac Holdings, LLC

---

[1] *See* http://www.uspto.gov/trademarks/process/appeal/Preface_TBMP.jsp.

APPLICATION FOR SUBPOENA — 2 —